IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: CARMEN S. & EDDIE RODRIGUEZ, SR. )
                                        )
Select Portfolio Servicing, Inc./      )
U.S. Bank National Association,        )
as trustee,                            )
            Creditor,                  )
                                        )
    vs.                                ) CASE NO. 08B12320
                                        ) JUDGE Eugene R. Wedoff
CARMEN S. & EDDIE RODRIGUEZ, SR.,      )
            Debtor                     )

## RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

     Now comes Select Portfolio Servicing, Inc./U.S. Bank National
Association, as trustee,, by and through its attorneys, Pierce &
Associates, P.C., and hereby responds to the Notice of Payment of
Final Mortgage cure, stating as follows:
  1.  The Debtor is due for the August 1, 2009 contractual payment
      and all those thereafter.
  2.  The following is an itemization of the amounts due on the loan
      as of August 4, 2009:

            a. Attorney's Fees  $250.00

     If no challenge to foregoing is made by motion filed with the
     court and serviced on the undersigned and the trustee within
     thirty days of this notice Select Portfolio Servicing, Inc./U.S.
     Bank National Association, as trustee, rights to collect these
     amounts will be unaffected.

                         Respectfully Submitted,

                         Select Portfolio Servicing, Inc./U.S.
                         Bank National Association, as trustee,

                              /s/Christopher M. Brown
                              Christopher M. Brown
                              ARDC#6271138

                              Pierce and Associates, P.C.
                              1 North Dearborn
                              13t$^h$ Floor
                              Chicago, Illinois 60602
                              (312)346-9088