```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                            EASTERN DIVISION

IN RE: CARMEN S. & EDDIE RODRIGUEZ, SR  )
                                        )
Select Portfolio Servicing, Inc./U.S.   )
Bank National Association, as trustee,  )
          Creditor,                     )
                                        )
    vs.                                 ) CASE NO. 08B12320
                                        ) JUDGE Eugene R. Wedoff
CARMEN S. & EDDIE RODRIGUEZ, SR,        )
          Debtors                       )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Select Portfolio Servicing, Inc./U.S. Bank National Association, as trustee, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. As of August 5, 2009, the Debtor is due for the May 2009 contractual payment and all those thereafter.

2. The following is an itemization of payments, fees and costs due on the loan as of August 5, 2009:

   ```
   a. Attorney's Fees                     $  250.00
   b. May – August 2009 4 @ $346.32       $1,385.28
   Total                                  $1,635.28
   ```

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Select Portfolio Servicing, Inc./U.S. Bank National Association, as trustee rights to collect these amounts will be unaffected.

Respectfully Submitted,
Select Portfolio Servicing,
Inc./U.S. Bank National
Association, as trustee

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138
Pierce and Associates, P.C.
1 North Dearborn
13th floor
Chicago, Illinois 60602
(312)346-9088